FILED
ASHEVILLE, NC

OCT 07 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:25-CR-71-MR-WCM |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| vs. | ) | |
| | ) | Violations: |
| | ) | 18 U.S.C. §§ 1111 and 1114 |
| KELVIN WAYNE SIMMONS, | ) | 18 U.S.C. § 2119 |
| Defendant. | ) | 18 U.S.C. § 751 |
| | ) | 18 U.S.C. § 924(c) |
| | | 18 U.S.C. §§ 111(a) and (b) |
| | | 18 U.S.C. § 922(g) |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(First-Degree Felony Murder of an Officer or Employee of the United States)
(18 U.S.C. §§ 1111 and 1114)

On or about the 30th day of June, 2025, in Cherokee County, within the Western District of North Carolina, and elsewhere, the defendant

KELVIN WAYNE SIMMONS

unlawfully killed, with malice aforethought, Cherokee County Detention Officer Francisco Paul Flattes II, a person who was assisting officers and employees of the United States Marshals Service, an agency of the United States Government, while engaged in, and on the account of, the performance of official duties, and did so during the perpetration and attempted perpetration of an escape.

All in violation of Title 18, United States Code, Sections 1111 and 1114.

## COUNT TWO
(Attempted Carjacking Resulting in Death)
(18 U.S.C. § 2119)

On or about the 30th day of June, 2025, in Cherokee County, within the Western District of North Carolina, and elsewhere, the defendant

KELVIN WAYNE SIMMONS

with intent to cause death and serious bodily harm, did unlawfully attempt to take from the person and presence of another, those persons being Cherokee County Detention Officers Francisco Paul Flattes II and G.F., by force, violence and intimidation, a motor vehicle that had been shipped, transported, and received in interstate and foreign commerce, that being a 2024 Dodge Durango; and the death of Cherokee County Detention Officer Francisco Paul Flattes II resulted.

All in violation of Title 18, United States Code, Section 2119.

## COUNT THREE
(Escape)
(18 U.S.C. § 751)

On or about the 30th day of June, 2025, in Cherokee County, within the Western District of North Carolina, and elsewhere, the defendant

KELVIN WAYNE SIMMONS

did knowingly escape and attempt to escape from the custody of the Attorney General of the United States and her authorized representative, the United States Marshals Service, and from the custody under and by virtue of process issued under the laws of the United States by the United States District Court for the Western District of North Carolina, by virtue of an arrest and conviction of a federal felony offense.

All in violation of Title 18, United States Code, Section 751(a).

# COUNT FOUR
(Attempted Carjacking)
(18 U.S.C. § 2119)

On or about the 30th day of June, 2025, in Cherokee County, within the Western District of North Carolina, and elsewhere, the defendant

## KELVIN WAYNE SIMMONS

with intent to cause death and serious bodily harm, did unlawfully attempt to take from the person and presence of another, V.J., by force, violence and intimidation, a motor vehicle that had been shipped, transported, and received in interstate and foreign commerce, that being a 2007 Toyota Camry.

All in violation of Title 18, United States Code, Section 2119.

## COUNT FIVE
(Carjacking)
(18 U.S.C. § 2119)

On or about the 30th day of June, 2025, in Cherokee County, within the Western District of North Carolina, and elsewhere, the defendant

KELVIN WAYNE SIMMONS

with intent to cause death and serious bodily harm, did unlawfully take and attempt to take from the person and presence of another, R.W., by force, violence and intimidation, a motor vehicle that had been shipped, transported, and received in interstate and foreign commerce, that being a 2018 Chevrolet Cruze.

All in violation of Title 18, United States Code, Section 2119.

## COUNT SIX
(Use of a Firearm in Connection with a Crime of Violence)
(18 U.S.C. § 924(c))

On or about the 30th day of June, 2025, in Cherokee County, within the Western District of North Carolina, and elsewhere, the defendant

KELVIN WAYNE SIMMONS

during and in relation to a crime of violence for which the person may be prosecuted in a court of the United States, that being the carjacking of R.W., did use and carry, and brandish, a firearm.

All in violation of Title 18, United States Code, Section 924(c).

# COUNT SEVEN
(Assaulting, Resisting, and Impeding an Officer)
(18 U.S.C. §§ 111(a) and (b))

On or about the 30th day of June, 2025, in Cherokee County, within the Western District of North Carolina, and elsewhere, the defendant

## KELVIN WAYNE SIMMONS

did forcibly assault, resist, oppose, impede, intimidate, and interfere with Cherokee County Detention Officer G.F., a person who was assisting officers and employees of the United States Marshals Service, an agency of the United States Government, while engaged in, and on the account of, the performance of official duties; and such acts involved physical contact with the victim of that assault, and the intent to commit another felony, that being escape in violation of 18 U.S.C. § 751; and, in the commission of such acts, the defendant used a deadly and dangerous weapon, and inflicted bodily injury.

All in violation of Title 18, United States Code, Sections 111(a) and (b).

## COUNT EIGHT
(Possession of a Firearm by a Convicted Felon)
(18 U.S.C. § 922(g))

On or about the 30th day of June, 2025, in Cherokee County, within the Western District of North Carolina, and elsewhere, the defendant

KELVIN WAYNE SIMMONS

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, that being a Glock, Model 45, 9mm pistol.

All in violation of Title 18, United States Code, Section 922(g).

## SENTENCING FACTOR #1
(Counts One and Two)

On or about June 30, 2025, and at all times relevant to this Bill of Indictment, the defendant

### KELVIN WAYNE SIMMONS

was age 18 or older.

18 U.S.C. § 3591(a).

# SENTENCING FACTOR #2
(Counts One and Two)

On or about June 30, 2025, and at all times relevant to this Bill of Indictment, the defendant

## KELVIN WAYNE SIMMONS

a) intentionally killed Francisco Paul Flattes II;
b) intentionally inflicted serious bodily injury that resulted in the death of Francisco Paul Flattes II;
c) intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and Francisco Paul Flattes II died as a direct result of the act; and,
d) intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and Francisco Paul Flattes II died as a direct result of the act.

18 U.S.C. § 3591(a)(2)(A–D).

## SENTENCING FACTOR #3
(Counts One and Two)

On or about June 30, 2025, and at all times relevant to this Bill of Indictment, the defendant

### KELVIN WAYNE SIMMONS

committed an offense under Title 18, United States Code, Section 751, that being escape and attempted escape; and the death of Francisco Paul Flattes II, and an injury resulting in his death, occurred during the commission of, and during the immediate flight from the commission of, the escape and attempted escape.

18 U.S.C. § 3592(c)(1).

# SENTENCING FACTOR #4
(Counts One and Two)

On or about June 30, 2025, and at all times relevant to this Bill of Indictment, the defendant

## KELVIN WAYNE SIMMONS

had previously been convicted of one or more Federal or State offenses punishable by a term of imprisonment of more than one year, involving the use and attempted use and threatened use of a firearm against another person, those offenses being:

- Second-degree kidnapping of S.L.
- Robbery with a dangerous weapon of S.L.
- First-degree burglary
- Second-degree kidnapping of M.W.
- Robbery with a dangerous weapon of M.W.

All these convictions having been entered on or about February 10, 2005, in North Carolina Superior Court, Cabarrus County.

18 U.S.C. § 3592(c)(2).

## SENTENCING FACTOR #5
(Counts One and Two)

On or about June 30, 2025, and at all times relevant to this Bill of Indictment, the defendant

### KELVIN WAYNE SIMMONS

in the commission of the offense, and in escaping apprehension for the violation of the offense, knowingly created a grave risk of death to one or more persons in addition to Francisco Paul Flattes II.

18 U.S.C. § 3592(c)(5).

A TRUE BILL

GRAND JURY FOREPERSON

_____

RUSS FERGUSON
UNITED STATES ATTORNEY

*[signature]*
_____

DON GAST
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
_____

DAVID THORNELOE
ASSISTANT UNITED STATES ATTORNEY