AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

United States of America
v.
Kelvin Wayne Simmons

Case No. 1:25 cr 71-MR-WCM

Defendant

FILED
Asheville
Oct 20 2025
U.S. District Court
Western District of N.C.

REC'D USMS W/NC AVL
'25 OCT 8 PM 3:44

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Kelvin Wayne Simmons,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

murder of an officer of the United States
attempted escape from the custody of the United States Marshals Service

Date: 10/7/25

Issuing officer's signature

City and state: Asheville, NC

Katherine Simon, Clerk, U.S. District Court
Printed name and title

### Return

This warrant was received on (date) 10/08/2025, and the person was arrested on (date) 10/20/2025
at (city and state) Asheville, NC.

Date: 10/20/2025

Arresting officer's signature

JUSTIN SKEWES  DUSM
Printed name and title