## Other Documents

1:25-mc-02000 In Re: Financial Affidavits

**U.S. District Court**

**Western District of North Carolina**

### Notice of Electronic Filing

The following transaction was entered by Phillips, Kathy on 7/22/2025 at 8:14 AM EDT and filed on 7/22/2025

| | |
|---|---|
| **Case Name:** | In Re: Financial Affidavits |
| **Case Number:** | 1:25-mc-02000 |
| **Filer:** | Federal Defender |
| **Document Number:** | 5 |

**Docket Text:**
**FINANCIAL AFFIDAVIT - CJA 23 by Keith Simmons re: Target (Phillips, Kathy)**

**1:25-mc-02000 Notice has been electronically mailed to:**

Federal Defenders of Western North Carolina ncwcjaadmin@fd.org

Kathy Phillips kathryn_phillips@fd.org

Tonja D. Brooks tonja_brooks@fd.org

**1:25-mc-02000 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095689202 [Date=7/22/2025] [FileNumber=5079564-0
] [d03cc45e5323cfbcd792ca00adb1d53747e1e0321fbb97970c1c32077ee3a4d8f1e
d1ab03e761968277b54e7fe141f338ea73487b0495639505197c94edd2fc0]]




**FEDERAL PUBLIC DEFENDER**
**WESTERN DISTRICT OF NORTH CAROLINA**
1 Page Avenue, Suite 210
Asheville, NC 28801
(828) 232-9992
Fax (828) 232-5575

***John G. Baker***
*Federal Public Defender*

***Megan C. Hoffman***
*First Assistant*

July 21, 2025

Duty Magistrate Judge
Western District of North Carolina

Re: Appointment of Counsel for Kelvin Simmons

Duty Magistrate Judge,

As you can see in the attached memo, the United States Attorney's Office recently notified us that Mr. Kelvin Simmons is the target of grand jury for death eligible charges. Mr. Simmons' CJA 23 is attached.

As noted in our CJA Plan, "qualified counsel must be appointed in capital cases at the earliest possible opportunity." CJA Plan XV.B.3. In federal capital cases, "the court must appoint two attorneys at least of whom meets the qualifications for "learned counsel" CJA Plan XV, *see also* 18 U.S.C. § 3005; CJA Plan XV.C. More than two attorneys can be appointed to represent a defendant in a capital case. 18 U.S.C. § 3599(a).

Based on the above requirements, and after consultation with Resource Counsel, I recommend that my Office be appointed to represent Mr. Simmons. See 18 U.S.C. § 3005, Guide to Judiciary Policy, Vol. 7A, Appx. 2A; CJA Plan XV.C.1.d ("When appointing counsel, the judge must consider the recommendation of the federal defender.").

Ms. Mary Ellen Coleman will serve as Lead Counsel, I will serve as Learned Counsel, and Ms. Emily Jones will serve as Co-Counsel. Ms. Coleman is the most experienced trial attorney in our office and has represented several federal defendants in other death-eligible cases. I have served as learned counsel in three cases, including one in this District last year. I am a faculty member of the National College of Capital Voir Dire. Ms. Jones has represented Mr. Simmons for the last two years on other federal charges and has previously worked on two federal capital cases and several state capital cases. This team, with additional resources provided and funded by our office will provide high quality representation to Mr. Simmons.

John G Baker
Federal Defender
Western District of North Carolina

CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES** ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify Below)*

IN THE CASE OF

United States v. Simmons

FOR

AT

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

Kelvin Wayne Simmons

CHARGE/OFFENSE *(Describe if applicable & check box→)*

☐ Felony
☐ Misdemeanor

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* ____________

| DOCKET NUMBERS |
|---|
| Magistrate Judge |
| District Court |
| Court of Appeals |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

[redacted]

SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)

Date




**FEDERAL PUBLIC DEFENDER**
**WESTERN DISTRICT OF NORTH CAROLINA**
1 Page Avenue, Suite 210
Asheville, NC 28801
(828) 232-9992
Fax (828) 232-5575

***John G. Baker***
*Federal Public Defender*

***Megan C. Hoffman***
*First Assistant*

July 21, 2025

AUSA Don Gast
United States Attorney's Office
Western District of North Carolina
100 Otis Street, Room 233
Asheville, NC 28801

Re: Kelvin Simmons

Dear AUSA Gast,

Thank you for taking our call last week regarding Mr. Kelvin Simmons during which you provide notice that Mr. Simmons is suspected of committing death eligible offenses and that his conduct in connection with the death of Detention Officer Francisco Flattes on June 30, 2025 will be presented to a Federal Grand Jury. As we notified Mr. Ferguson and others on June 30, 2024, our office represents Mr. Simmons in this matter.

With last week's notice, we will be submitting a CJA-23 to the United States Magistrate Judge for a formal determination that Mr. Simmons is entitled to court-appointed counsel on these new death eligible charges.

Before you submit this case for Pre-Indictment Review by the Attorney General's Capital Case Review Committee or present this case to the Federal Grand Jury, we would like the opportunity to discuss this case with you. To allow for a meaningful discussion we request at least a 60 days delay before you submit your Pre-Indictment Review or present this case to the Federal Grand Jury. Consistent with your office's practice in Target cases, we also request that you begin to provide discovery to allow us to adequately represent Mr. Simmons at this critical stage of this proceeding.

John G Baker
Federal Defender
Western District of North Carolina

| | |
|---|---|
| **From:** | ncwd_ecf@ncwd.uscourts.gov |
| **To:** | Ecfmail@ncwd.uscourts.gov |
| **Subject:** | Activity in Case 1:25-mc-02000 In Re: Financial Affidavits Order - Financial Affidavit TD:0 |
| **Date:** | Wednesday, July 23, 2025 4:13:55 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Western District of North Carolina**

## Notice of Electronic Filing

The following transaction was entered on 7/23/2025 at 4:12 PM EDT and filed on 7/23/2025

| | |
|---|---|
| **Case Name:** | In Re: Financial Affidavits |
| **Case Number:** | 1:25-mc-02000 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**TEXT-ONLY ORDER as to [5] FINANCIAL AFFIDAVIT as amended at Doc. No. [6] by Kelvin Simmons. Text of Order: Upon review of the [6] Amended Financial Affidavit, the request for appointment of counsel is GRANTED and the Federal Defenders Office is respectfully directed to assign counsel. So Ordered by US Magistrate Judge David Keesler on 7/23/2025. (maf)**

**1:25-mc-02000 Notice has been electronically mailed to:**

Federal Defenders of Western North Carolina ncwcjaadmin@fd.org

Tonja D. Brooks tonja_brooks@fd.org

Kathy Phillips kathryn_phillips@fd.org

**1:25-mc-02000 Notice will not be electronically mailed to:**